# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **TIMOTHY K. NORR,** : | |
| Plaintiff, : | |
| : | |
| v. : | Civ. No. 17-2701 |
| : | |
| **NANCY A. BERRYHILL,** : | |
| Defendant. : | |

## JUDGMENT

**AND NOW**, this 26th day of June, 2019, after careful and independent review of the initial Complaint (Doc. No. 3), the Government's Answer (Doc. No. 8), the administrative record (Doc. No. 9), Plaintiff's Brief and Statement of Issues in Support of Request for Review (Doc. No. 14), the Government's Response (Doc. No. 15), Judge Sitarski's Report and Recommendation (Doc. No. 20), Plaintiff's Objections (Doc. No. 23), and the Government's Response (Doc. No. 26), it is hereby **ORDERED** that:

1. Plaintiff's Objections (Doc. No. 23) are **OVERRULED**;

2. The Report and Recommendation (Doc. No. 20) is **APPROVED** and **ADOPTED**;

3. Plaintiff's Request for Review (Doc. No. 14) is **DENIED**; and

4. The **CLERK OF COURT** shall **CLOSE** this case.

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*
_____
Paul S. Diamond, J.